# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Barbara Dubose, | Case No. 2:24-cv-00648-GMN-DJA |
| Plaintiff, | |
| v. | **Order** |
| Hilton Grand Vacations Club, LLC; et al., | |
| Defendants. | |

    Plaintiff's counsel—Patrick W. Kang, Esq.; Kyle R. Tatum, Esq.; Paul H. Wolfram, Esq.; and Christian Z. Smith, Esq.—have moved to withdraw their representation of Plaintiff Barbara Dubose, explaining that the relationship between counsel and Ms. Dubose has deteriorated.  (ECF No. 22).  They further explain that "if this motion is granted then Ms. Dubose should be given additional time to find counsel to complete her discovery responses and the discovery process in a timely manner" but point out that discovery does not close until October 7, 2024.  (*Id.*).  Ms. Dubose has not responded to the motion to withdraw.  Defendant filed a non-opposition.  (ECF No. 23).

    Under Local Rule ("LR") IA 11-6(b), "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel."  LR IA 11-6(b).  Under Local Rule 7-2(d) the failure of a party to oppose a motion constitutes that party's consent to the granting of the motion.  The Court finds that Plaintiff's counsel has met the requirements of LR IA 11-6(b).  Ms. Dubose has also not responded, constituting her consent to the granting of the motion.

///

///

///

Case 2:24-cv-00648-GMN-DJA   Document 24   Filed 06/20/24   Page 2 of 2

**IT IS THEREFORE ORDERED** that Patrick W. Kang, Esq.; Kyle R. Tatum, Esq.; Paul H. Wolfram, Esq.; and Christian Z. Smith, Esq.'s motion to withdraw (ECF No. 22) is **granted**. The Clerk of Court is kindly directed to remove Patrick W. Kang, Esq.; Kyle R. Tatum, Esq.; Paul H. Wolfram, Esq.; and Christian Z. Smith, Esq. as counsel of record and from the electronic service list for this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiff to the civil docket and send a copy of this Order to Plaintiff's last known address:

Barbara Dubose

5700 Roseridge Avenue

Las Vegas, NV 89107

**IT IS FURTHER ORDERED** that Plaintiff shall be responsible for following all discovery deadlines and other case-related deadlines and may seek extensions if necessary.

DATED: June 20, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE