UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA DUBOSE,<br><br>                    Plaintiff,<br>vs.<br><br>HILTON GRAND VACATIONS CLUB, LLC.,<br><br>                    Defendant. | Case No.: 2:24-cv-00648-GMN-DJA<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 44), of United States Magistrate Daniel J. Albregts.  Plaintiff, proceeding *pro se*, has disengaged from this case, resulting in the Court granting in part a motion for sanctions. (*See* Order, ECF No. 42).  In that Order, the Court declined to enter sanctions, but ordered Plaintiff to show cause why the Court should not impose the sanctions that Defendant requested. (*Id.*).  Plaintiff did not respond to the order to show cause, and Magistrate Judge Albregts now recommends the dismissal of this action and the imposition of sanctions.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S.

140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF No. 44) (setting a January 24, 2025 deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 44), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Motion to Dismiss, (ECF No. 8), is denied as MOOT.

**IT IS FURTHER ORDERED** that sanctions are imposed against Plaintiff in the form of Defendant's attorneys' fees and costs incurred in preparing the motion to compel.

The Court kindly directs the Clerk of Court to close the case.

Dated this __27__ day of January, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court