UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA DUBOSE,<br><br>            Plaintiff,<br>vs.<br><br>HILTON GRAND VACATIONS CLUB, LLC.,<br><br>            Defendant. | Case No.: 2:24-cv-00648-GMN-DJA<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 48), of United States Magistrate Daniel J. Albregts. Magistrate Judge Albregts recommends that the Court grant Defendant Hilton's Motion for Attorneys' Fees, (ECF No. 46), and that the Court order Plaintiff to pay the law firm of Littler Mendelson, P.C. its attorneys' fees totaling $3,107.50.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been

filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF No. 48) (setting a May 5, 2025 deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 48), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Defendant Hilton's Motion for Attorneys' Fees, (ECF No. 46), is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant is entitled to $3,107.50 in reasonable attorneys' fees.

Dated this __8__ day of May, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court